JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| VANESSA GARCIA, | Case No. 2:21-cv-08876-JFW-RAOx |
| Plaintiff, | Hon. John F. Walter |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE OF EXPERIAN INFORMATION SOLUTIONS, INC.** |
| EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC, | |
| Defendants. | |

Based on a review of the Joint Stipulation of Dismissal with Prejudice (the "Stipulation" (Dkt. 38)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is **DISMISSED**, with prejudice, as to Defendant Experian Information Solutions, Inc. only.

SO ORDERED.

Dated: March 8, 2022

_____
Honorable John F. Walter
United States District Judge